STATE OF CONNECTICUT *v.* JUANITA MARTIN
(AC 12071)

O'Connell, C. J., and Landau and Dupont, Js.

Argued October 27—officially released November 18, 1997

Per Curiam. The judgment is affirmed.

KATHLEEN O. MINNEMAN *v.* BOARD OF
EDUCATION OF THE CITY OF NORWICH ET AL.
(AC 16746)

Foti, Lavery and Hennessy, Js.

Argued October 27—officially released November 18, 1997

Per Curiam. The decision of the workers' compensation review board is affirmed.

ANTHONY J. BORELLI *v.* COMMISSIONER OF
CORRECTION
(AC 16597)

Foti, Lavery and Hennessy, Js.

Argued October 27—officially released November 18, 1997

Per Curiam. The judgment is affirmed.